# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**MARY LUXON,**

    **Plaintiff,**

**vs.**                                            **CASE NO. 5:08cv210-MCR/WCS**

**MICHAEL J. ASTRUE,**
**Commissioner, Social**
**Security Administration,**

    **Defendant.**
_____/

## REPORT AND RECOMMENDATION

In an order filed September 17, 2008, Plaintiff's counsel was directed to file a memorandum in support of Plaintiff's position by October 31, 2008. Doc. 12. Because Plaintiff failed to file the memorandum, another order was entered on November 20, 2008, giving the Plaintiff until November 28, 2008 to file the memorandum. Plaintiff was warned that if he failed to file the memorandum that a recommendation would be made that the complaint be dismissed for his failure to prosecute the case. Doc. 13. To date, no memorandum has been received.

A trial court has inherent power to dismiss a case sua sponte for failure to prosecute. See Link v. Wabash R.R., 370 U.S. 626, 82 S.Ct. 1386, 8 L.Ed.2d 734

(1962).  Fed. R. Civ. P. 41(b) authorizes a district court to dismiss an action for failure to obey a court order.  Moon v. Newsome, 863 F.2d 835, 838 and cases cited (11th Cir.) *cert. denied*, 493 U.S. 863 (1989).  Because Plaintiff has failed to prosecute this case, the complaint should be dismissed.

It is therefore respectfully **RECOMMENDED** that this case be **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

**IN CHAMBERS** at Tallahassee, Florida, on December 9, 2008.

s/ William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO PARTIES**

**Within 15 days after being served with a copy of this report and recommendation, a party may serve and file specific, written objections to the proposed findings and recommendations.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**