IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MARY LUXON,

    Plaintiff,

vs.                                    CASE NO. 5:08cv210-MCR/WCS

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,

    Defendant.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation.  The Plaintiff has previously been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections.  Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a <u>de</u> <u>novo</u> determination of those portions to which an objection has been made.

    Having considered the Report and Recommendation and all objections thereto timely filed by the parties, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Plaintiff's complaint is hereby **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

    **DONE AND ORDERED** this 9th day of January, 2009.

                          *s/ M. Casey Rodgers*
                          **M. CASEY RODGERS**
                          **UNITED STATES DISTRICT JUDGE**